**Dismissed and Opinion Filed March 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00666-CV**

**LAMAR LEMONS, Appellant**
**V.**
**CREEKWOOD APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02482-E**

## MEMORANDUM OPINION

Before Justices Goldstein, Breedlove, and Kennedy
Opinion by Justice Kennedy

Appellant's brief, which was originally due by October 11, 2023, has not been filed. Following two extensions of time to file his brief, we ordered appellant to file his brief on or before December 18, 2023. By postcard dated February 8, 2024, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).

<table>
<tr><td>230666f.p05</td><td>/Nancy E. Kennedy/<br>NANCY KENNEDY<br>JUSTICE</td></tr>
</table>



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LAMAR LEMONS, Appellant

No. 05-23-00666-CV          V.

CREEKWOOD APARTMENTS,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-02482-
E.
Opinion delivered by Justice
Kennedy. Justices Goldstein and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 13th day of March, 2024.